STATE OF CONNECTICUT *v.* EARL REDDICK

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 342, is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

Decided October 26, 1988

ELAINE S. HORELIK ET AL. *v.* BARBARA P. ROTH, EXECUTRIX (ESTATE OF ROBERT E. ROTH)

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 649, is denied.

*James M. Nugent,* in support of the petition.

*Jay M. Duhlberg,* in opposition.

Decided October 26, 1988

RALPH H. ESPOSITO, SR., ET AL. *v.* DANIEL PRESNICK

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 654, is denied.

*Daniel V. Presnick,* pro se, in support of the petition.

Decided October 26, 1988